UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

JONNATHAN X.D.B.,

        Petitioner,

v.

KRISTI NOEM, *Secretary, U.S. Department of Homeland Security*; TODD M. LYONS, *Acting Director of Immigration and Customs Enforcement*; DAVID EASTERWOOD, *Acting Director of Enforcement and Removal Operations, St. Paul Field Office, Immigration and Customs Enforcement*; PAMELA BONDI, *U.S. Attorney General*; EXECUTIVE OFFICE FOR IMMIGRATION REVIEW; JOEL BROTT, *Sherburne County Sheriff, Warden, ERO/ICE Detention, Sherburne County Jail, Elk River, Minnesota*;

        Respondents.

Case No. 26-CV-1522 (KMM/DLM)

**ORDER**

---

**IT IS HEREBY ORDERED THAT**:

1. Respondents are directed to file an answer to the petition for a writ of habeas corpus of Petitioner Jonnathan X.D.B. by no later than **12:00 PM on February 22, 2026**, certifying the true cause and proper duration of Petitioner's confinement and showing cause why the writ should not be granted in this case.

2. Respondents' answer shall include:

   a. Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Petitioner's detention in light of the issues raised in the habeas petition;

    b.    A reasoned memorandum of law and fact explaining respondents' legal position on Petitioner's claims;

    c.    Respondents' view as to whether—and if so, why—this matter is materially distinguishable, either factually or legally, from *Belsai D.S. v. Bondi*, No. 25-CV-3682 (KMM/EMB), 2025 WL 2802947 (D. Minn. Oct. 1, 2025);

    d.    Respondents' view as to whether Petitioner's arrest by immigration authorities was made pursuant to a judicial or administrative warrant. If based upon an administrative warrant, Respondents shall provide the following information by affidavit or declaration: (i) the date the warrant was issued; (ii) the time of day the warrant was issued; (iii) whether the warrant was issued prior to Petitioner's arrest; (iv) the identity and responsibilities of the individual who issued the warrant. Respondents must also submit a reasoned memorandum of law addressing whether the warrant, its issuance, and its execution comply with applicable statutory and regulatory requirements.; and

    e.    Respondents' recommendation on whether an evidentiary hearing should be conducted.

3.    If Petitioner intends to file a reply to respondents' answer, she must do so by no later than **February 24, 2026**. Thereafter, no further submissions from either party will be permitted, except as authorized by Court order.

4.    Respondents are **ENJOINED** from moving Petitioner outside of Minnesota until further order of the Court, so that Petitioner may consult with counsel while the Court is considering the petition, and so that there is no risk that removal of Petitioner from Minnesota will deprive this Court of jurisdiction over the petition. If Petitioner has already been removed from Minnesota, respondents are **ORDERED** to immediately return Petitioner to Minnesota.

Dated: February 19, 2026                        *s/Katherine M. Menendez*
                                                   Katherine M. Menendez
                                                   United States District Judge