# UNITED STATES DISTRICT COURT
## District of Minnesota

Jonnathan Xavier Duton Bueno,

Petitioner,

v.

Kristi Noem, Todd M. Lyons, David Easterwood, Pamela Bondi, Joel Brott, Executive Office for Immigration Review,

Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-1522 KMM/DLM

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Petitioner Jonnathan X.D.B.'s Verified Petition for a Writ of Habeas Corpus (Dkt. 1) is **GRANTED**.

2. The Court **DECLARES** that Petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2) and **ENJOINS** Respondents from denying release or other relief on the basis that he is subject to such mandatory detention.

3. The Court **ORDERS** Respondents to immediately release Jonnathan X.D.B. **with no new conditions and no later than 5:00 p.m. on February 22, 2026**.

4. Upon Jonnathan X.D.B.'s release, Respondents must return **all of his personal effects seized during his arrest, including but not limited to immigration paperwork.** His property must be returned in the same condition as it was in at the time he was arrested.

5. Finally, the Court **ORDERS** Respondents to file a notice within 24 hours of Petitioner's release, specifying the date, time, and location of his release.

Date: 2/23/2026

KATE M. FOGARTY, CLERK